No. 97–7181. AMIRI *v.* ROLEX WATCH U.S.A., INC. C. A. D. C. Cir. Certiorari denied.

No. 97–7182. CALHOUN *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 97–7183. VARGAS *v.* RAY, CHAIRMAN, GEORGIA BOARD OF PARDONS AND PAROLES, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7184. CROSS *v.* CITY OF COLUMBIA, MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–7185. CONYERS *v.* LOS ANGELES POLICE DEPARTMENT. C. A. 6th Cir. Certiorari denied.

No. 97–7186. CURIALE *v.* GRAHAM, ATTORNEY GENERAL OF UTAH, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–7188. DAVIS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–7189. DALE *v.* SUPERIOR COURT OF CALIFORNIA, SAN LUIS OBISPO COUNTY (two judgments). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–7190. DOMBROWSKI *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–7192. GIBBS *v.* ANDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–7194. BAADE *v.* COLUMBIA HOSPITAL FOR WOMEN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–7195. HARTLINE *v.* PIMA COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7196. GIVENS *v.* ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7197. CALLAHAN *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.